UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 1:21-mj-00371 |
| : | |
| TRACI J. SUNSTRUM, : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING

The Government requests that the attached discovery letter, dated June 7, 2021, be made part of the record in the above-captioned case.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

_____
JACOB J. STRAIN
Utah Bar No. 12680
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530



**U.S. Department of Justice**

**CHANNING D. PHILLIPS**
Acting United States Attorney
District of Utah

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

**June 7, 2021**

Steven Slawinski
Assistant Federal Public Defender

    RE:    **U.S. v. TRACI J. SUNSTRUM (1:21-mj-00371)**

Dear Counsel,

    Pursuant to our discovery obligations, we have provided the following files via USAfx on June 7, 2021.   Note that many of these files and their related physical attachments are currently being formally processed for discovery by the discovery team assigned to the Capitol Riots cases. As such, some of the same files will be re-produced with bates-stamps at a later date.

0176-BF-3380445-Discovery_0000001.pdf
0176-BF-3380445-Discovery_0000002_1A0004415_0000001_PHYSICAL.pdf
0176-BF-3380445-Discovery_0000002_Redacted.pdf
0176-BF-3380445-Discovery_0000003_Redacted.pdf
0176-BF-3380445-Discovery_0000004_Redacted.pdf
0176-BF-3380445-Discovery_0000005.pdf
0176-BF-3380445-ELA_0000001.pdf
0176-BF-3380445-FISUR_0000001.pdf
0176-BF-3380445-FISUR_0000002.pdf
0176-BF-3380445-FISUR_0000002_1A0000007_0000001.JPG
0176-BF-3380445-FISUR_0000002_1A0000007_0000002.JPG
0176-BF-3380445-FISUR_0000002_1A0000007_0000003.JPG
0176-BF-3380445-FISUR_0000002_1A0000007_0000004.JPG
0176-BF-3380445-FISUR_0000002_1A0000007_0000005.JPG
0176-BF-3380445-FISUR_0000003.pdf
0176-BF-3380445-FISUR_0000004.pdf
0176-BF-3380445-FISUR_0000004_1A0000013_0000001.docx
0176-BF-3380445-FISUR_0000005.pdf
0176-BF-3380445-FISUR_0000005_1A0000001_0000001.pdf

```
0176-BF-3380445-FISUR_0000006.pdf
0176-BF-3380445-FISUR_0000006_1A0000002_0000001.pdf
0176-BF-3380445-GJ_0000001.pdf
0176-BF-3380445-GJ_0000002.pdf
0176-BF-3380445-GJ_0000002_1A0000001_0000001.pdf
0176-BF-3380445-GJ_0000003.pdf
0176-BF-3380445-GJ_0000003_1A0000002_0000001.pdf
0176-BF-3380445-GJ_0000004.pdf
0176-BF-3380445-GJ_0000004_1A0000003_0000001.pdf
0176-BF-3380445-GJ_0000005.pdf
0176-BF-3380445-GJ_0000005_1A0000002_0000002.pdf
0176-BF-3380445_0000001_Redacted.pdf
0176-BF-3380445_0000002.pdf
0176-BF-3380445_0000003_1A0000001_0000001.xlsx
0176-BF-3380445_0000003_1A0000001_0000002.xlsx
0176-BF-3380445_0000003_1A0000001_0000003.png
0176-BF-3380445_0000003_1A0000001_0000004.png
0176-BF-3380445_0000003_1A0000001_0000005.pdf
0176-BF-3380445_0000003_1A0000001_0000006.docx
0176-BF-3380445_0000003_1A0000001_0000007.jpg
0176-BF-3380445_0000003_1A0000001_0000008.docx
0176-BF-3380445_0000003_1A0000001_0000009.pdf
0176-BF-3380445_0000003_1A0000001_0000010.msg
0176-BF-3380445_0000003_1A0000001_0000011.pdf
0176-BF-3380445_0000003_1A0000001_0000012.pdf
0176-BF-3380445_0000003_1A0000001_0000013.docx
0176-BF-3380445_0000003_1A0000001_0000014.png
0176-BF-3380445_0000003_1A0000001_0000015.xlsx
0176-BF-3380445_0000003_1A0000001_0000016.msg
0176-BF-3380445_0000003_1A0000001_0000017.jpg
0176-BF-3380445_0000003_1A0000001_0000018.png
0176-BF-3380445_0000003_Redacted.pdf
0176-BF-3380445_0000004.pdf
0176-BF-3380445_0000004_1A0000002_0000001.pdf
0176-BF-3380445_0000005.pdf
0176-BF-3380445_0000005_1A0000003_0000001.pdf
0176-BF-3380445_0000006.pdf
0176-BF-3380445_0000006_1A0000004_0000001_Redacted.pdf
0176-BF-3380445_0000006_1A0000004_0000002.png
0176-BF-3380445_0000006_1A0000004_0000003_Redacted.pdf
0176-BF-3380445_0000006_1A0000004_0000004.png
0176-BF-3380445_0000007.pdf
0176-BF-3380445_0000007_1A0000005_0000001.pdf
0176-BF-3380445_0000007_1A0000005_0000002.csv
0176-BF-3380445_0000008.pdf
0176-BF-3380445_0000008_1A0000006_0000001.pdf
```

0176-BF-3380445_0000009.pdf
0176-BF-3380445_0000010.pdf
0176-BF-3380445_0000010_1A0000007_0000001.JPG
0176-BF-3380445_0000010_1A0000007_0000002.JPG
0176-BF-3380445_0000010_1A0000007_0000003.JPG
0176-BF-3380445_0000010_1A0000007_0000004.JPG
0176-BF-3380445_0000010_1A0000007_0000005.JPG
0176-BF-3380445_0000011.pdf
0176-BF-3380445_0000011_1A0000008_0000001_PHYSICAL.pdf
0176-BF-3380445_0000011_1A0000008_0000002_PHYSICAL.pdf
0176-BF-3380445_0000012.pdf
0176-BF-3380445_0000013.pdf
0176-BF-3380445_0000013_1A0000009_0000001_Redacted.pdf
0176-BF-3380445_0000013_1A0000009_0000002.pdf
0176-BF-3380445_0000013_1A0000009_0000003.pdf
0176-BF-3380445_0000013_1A0000009_0000004_Redacted.pdf
0176-BF-3380445_0000015.pdf
0176-BF-3380445_0000015_1A0000011_0000001.pdf
0176-BF-3380445_0000015_1A0000012_0000001.pdf
0176-BF-3380445_0000015_1A0000012_0000002.pdf
0176-BF-3380445_0000015_1A0000012_0000003.pdf
0176-BF-3380445_0000015_1A0000012_0000004.pdf
0176-BF-3380445_0000016.pdf
0176-BF-3380445_0000016_Import.msg
0176-BF-3380445_0000017.pdf
0176-BF-3380445_0000018.pdf
0176-BF-3380445_0000018_1A0000013_0000001.docx
0176-BF-3380445_0000019.pdf
0176-BF-3380445_0000019_1A0000014_0000001.pdf
0176-BF-3380445_0000021.pdf
0176-BF-3380445_0000022.pdf
0176-BF-3380445_0000022_1A0000017_0000001.pdf
0176-BF-3380445_0000023.pdf
0176-BF-3380445_0000023_1A0000018_0000001_Redacted.pdf
0176-BF-3380445_0000023_1A0000018_0000002_Redacted.pdf
0176-BF-3380445_0000024.pdf
0176-BF-3380445_0000024_1A0000019_0000001.pdf
0176-BF-3380445_0000025.pdf
0176-BF-3380445_0000025_1A0000020_0000001.pdf
0176-BF-3380445_0000025_1A0000020_0000002.pdf
0176-BF-3380445_0000026.pdf
0176-BF-3380445_0000026_1A0000021_0000001.pdf
0176-BF-3380445_0000026_1A0000021_0000002.pdf
0176-BF-3380445_0000026_1A0000021_0000003.pdf
0176-BF-3380445_0000026_1A0000021_0000004.pdf
0176-BF-3380445_0000026_1A0000021_0000005.pdf

0176-BF-3380445_0000026_1A0000021_0000006.pdf
0176-BF-3380445_0000026_1A0000021_0000007.pdf
0176-BF-3380445_0000026_1A0000021_0000008_PHYSICAL.pdf
0176-BF-3380445_0000027.pdf
0176-BF-3380445_0000028_1A0000022_0000001_PHYSICAL.pdf
0176-BF-3380445_0000028_Redacted.pdf
0176-BF-3380445_0000029.pdf
0176-BF-3380445_0000029_Import_Redacted.pdf
0176-BF-3380445_0000030.pdf
0176-BF-3380445_0000030_1A0000023_0000001.pdf
0176-BF-3380445_0000030_1A0000023_0000002.pdf
0176-BF-3380445_0000030_1A0000023_0000003.pdf

We recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. We will continue provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, we will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

We request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. We also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. See Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). We request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, we request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions. We will forward additional discovery as it becomes available. If you have any questions, please feel free to contact us.

By: */s/ Jacob J. Strain*
JACOB J. STRAIN
Assistant United States Attorney