IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TRACI J. SUNSTRUM**<br><br>   **DEFENDANT.**<br>_____/ | **Case No.: 1:21-mj-00371** |

## ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY DAN DUBOIS, *PRO HAC VICE*

The Court has reviewed the Defendant's motion for admission of attorney Dan DuBois, *pro hac vice*. Upon consideration of that motion, the Court grants attorney Dan DuBois *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: 09/09/2021

                 _____
                 Zia M. Faruqui
                 UNITED STATES MAGISTRATE JUDGE