NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

    vs.                           Criminal Number 1:21-mj-00371-RMM

TRACI SUNSTRUM
    (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING AS:

      RETAINED COUNSEL

DANIEL J. DuBOIS 3052057 (NY Bar)

DuBois Law

390 ELMWOOD AVENUE
BUFFALO, NEW YORK 14222
716-563-6132
ddlaw33@gmail.com